IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ORDER

United States District Court
Southern District of Texas
ENTERED

APR - 3 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LEONEL LOPEZ-RODRIGUEZ, Movant, | § § § |
| v. | §  CIVIL ACTION NO. B-07-155 § (CRIMINAL NO. B-06-729) |
| UNITED STATES OF AMERICA, Respondent. | § § § |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that Leonel Lopez-Rodriguez's Petition Under 28 U.S.C. § 2255 (Doc. 1) is DISMISSED and the relief sought is DENIED.

DONE at Brownsville, Texas this ___3___ day of ___April___ 2008.

Hilda G. Tagle
United States District Judge